**United States District Court**
For the Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7
8    NAZAL SADIQ,
            Plaintiff,                          No.  C10-02356 EDL
9
10        v.                                    CLERK'S NOTICE
11   CPC LOGISTICS, INC.,
12          Defendant.
     _____/
13
14        TO ALL PARTIES AND COUNSEL OF RECORD:
15   YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for August 31, 2010
16   is reset to **3:30 p.m.** before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San
17   Francisco.
18
19   Dated:  August 24, 2010
20
21                                        FOR THE COURT,
                                          Richard W. Wieking, Clerk
22
23                                        by:  _Lili M. Harrell_____
                                              Lili M. Harrell
24                                            Courtroom Deputy
25
26
27
28