RICHARD H. RAHM, Bar No. 130728
rrahm@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
AMY S. MORGENSTERN, Bar No. 267412
amorgenstern@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

Attorneys for Defendant
CPC LOGISTICS, INC.

HOFFMAN EMPLOYMENT LAWYERS LLP
MICHAEL HOFFMAN, Bar No. 154481
mhoffman@employment-lawyers.com
ALEC SEGARICH, Bar No. 260189
asegarich@sfemployment-lawyers.com
100 Pine Street, Suite 1550
San Francisco, CA  94111
Telephone:    415.362.1111

Attorneys for Plaintiff
NAZAL SADIQ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAZAL SADIQ, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPC LOGISTICS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV 10-02356 EDL<br><br>**STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE AND [PROPOSED] ORDER**<br><br>Ctrm., Fl.:  E, 15th<br>Judge:    Hon. Elizabeth D. Laporte<br>Compl. Filed:  April 30, 2010 |

-1-

Pursuant to Northern District A.D.R. Local Rule 5-5, Plaintiff NAZAL SADIQ ("Plaintiff") and Defendant CPC LOGISTICS, INC. ("Defendant") (collectively, "the Parties"), hereby stipulate to request an extended deadline to complete Early Neutral Evaluation of the instant case. This stipulation is based on the following:

1. **REASONS FOR THE PROPOSED EXTENSION**
   a. The Parties are currently bound to a November 18, 2010 deadline to complete Early Neutral Evaluation.
   b. The Parties have engaged in informal information exchange in an attempt to focus the issues of the case. As a result of this exchange, Plaintiff now intends to amend the operative complaint to comport with the Parties' findings.
   c. George Harris, the Evaluator selected for the case, will be out of the country for several weeks just preceding the Parties' deadline, such that the Evaluation session will currently need to be held in late October as a practical matter.
   d. Because the case is still at the pleading stage, and it is unlikely the Parties will be able to complete sufficient investigation of the case such that a meaningful evaluation can take place before the current deadline, they seek this extension.

2. **THE PARTIES CONCUR ON THE PROPOSAL**
   a. At the initial conference call with the Evaluator on September 8, 2010, the Parties agreed that extending the Evaluation deadline would lead to a more meaningful Evaluation session. The Evaluator agreed that this extension would be beneficial.

3. **THE PROPOSED EXTENSION**
   a. The Parties seek to extend the Early Neutral Evaluation deadline sixty (60) days, to January 17, 2011.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: September 10, 2010          HOFFMAN EMPLOYMENT LAWYERS LLP

_____
MICHAEL HOFFMAN
Attorneys for Plaintiffs
NAZAL SADIQ, ET AL.

Dated: September 10, 2010          LITTLER MENDELSON, P.C.

_____ (by Plaintiff's counsel with authorization)
RICHARD H. RAHM
Attorneys for Defendant
CPC LOGISTICS, INC.

## [~~PROPOSED~~] ORDER

The Stipulation of the Parties is hereby adopted by the Court as setting the parties' Early Neutral Evaluation deadline as January 17, 2011.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED:   9/15/10

_____
HON. ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111