In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   August 31, 2010

Case No:  **C-10-02356  EDL**

Case Name: **NAZAL SADIQ v. CPC LOGISTICS INC**

| | |
|---|---|
| Attorneys:    Pltf: Michael Hoffman | Deft: Richard Rahm |
| Deputy Clerk:  Lili M. Harrell | FTR Digital Recorder: 4:12pm-4:21pm (Time: 09 min ) |

**PROCEEDINGS:**
   Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
-  Plaintiff shall file motion for class certification by 2/10/2011.
-  Defendant's opposition shall be filed by 3/10/2011.
-  Plaintiff's reply shall be filed by 3/24/2011.
-  Motion hearing set for 4/12/2011 at 9:00am.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   for

**Notes:**

cc: